UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISA AND RICHARD LEE, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>JP MORGAN CHASE, N.A., et al.,<br><br>    Defendants. | Case No: C 10-3735 SBA<br><br>**ORDER** |

On March 4, 2011, pursuant to Federal Rule of Civil Procedure 4(m), this Court issued an Order requiring Plaintiffs to serve their complaint within 45 days, as more than 120 days had passed since Plaintiffs filed the action. Dkt. 15. Plaintiffs also were required to certify to the Court that they had effectuated service. The Court warned Plaintiffs that failure to serve Defendants within the time specified in the Order would result in dismissal. To date, Plaintiffs have not certified that they have served Defendants. Accordingly,

IT IS HEREBY ORDERED THAT the instant action is DISMISSED WITHOUT PREJUDICE. The Case Management Conference set for July 7, 2011 is VACATED. The Clerk is instructed to close the file.

IT IS SO ORDERED.

Dated: June 30, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge